IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:12 CR 6 MR WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GALANVDI WADOKANAH CROWE ) | |

Pursuant to Defendant's Waiver of Detention Hearing/Continuance Request (Doc. 206), Defendant's waiver of an immediate detention hearing is **NOTED**, Defendant's continuance request is **GRANTED**, and a hearing on the Government's motion for detention is **CONTINUED INDEFINITELY FOR CAUSE**. See U.S. v. Clark, 865 F.2d 1433 (4th Cir. 1989). Defendant is ordered detained without bond pending further proceedings.

Signed: December 4, 2020

W. Carleton Metcalf
United States Magistrate Judge